UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY FIELDS (#115883)

VERSUS

SHIRLEY COODY, ET AL.

CIVIL ACTION

NO. 08-175-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 2, 2008 (doc. no. 17). The defendants have filed an objection and it has been duly considered by the court..

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendants' motion to dismiss is granted in part, DISMISSING the plaintiff's claim against the defendants in their official capacities. In all other respects the defendants' motion to dismiss is DENIED and this action is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, this 23rd day of October, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA