UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY FIELDS (#115883)

VERSUS

SHIRLEY COODY, ET AL

CIVIL ACTION

NUMBER 08-175-JJB-DLD

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Assistant Warden Shirley Coody, Maj. Jimmy Smith, classification officer K. Juneu, Capt. Chad, Lt. Donald Lamana and Sgt. Turner. Plaintiff alleged that the defendants failed to protect him from attack by a fellow inmate in violation of his constitutional rights.

Plaintiff also filed a motion for a temporary restraining order and a preliminary injunction seeking an order directing prison officials to ensure that correctional officers Chad Oubre and John Hughes refrain from threatening and harming him. Record document number 23.

Plaintiff's motion for a temporary restraining order was denied.[1]

For the reasons set forth in the court's ruling on the motion for temporary restraining order, the plaintiff's motion for

---

[1] Record document number 24.

preliminary injunction is denied.

Baton Rouge, Louisiana, July 27th, 2009.

```
_____
        JAMES J. BRADY
   UNITED STATES DISTRICT JUDGE
```