UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| LEROY FIELDS (#115883) | CIVIL ACTION |
| VERSUS | |
| SHIRLEY COODY, ET AL. | NO. 08-175-JJB-DLD |

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Amended Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 5, 2008 (doc. no. 35) to which there was no objection.

The court hereby approves the amended report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the parties' cross motions for summary judgment are DENIED.

Baton Rouge, Louisiana, this ____ day of December, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA